PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | MANUEL FERNANDEZ-HERRERA |
| **Docket Number:** | 1:02CR05080-01 OWW |
| **Offender Address:** | Los Angeles County Jail, Los Angeles, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | April 28, 2003 |
| **Original Offense:** | 18 USC 911, False Claim to United States Citizenship (CLASS C FELONY) |
| **Original Sentence:** | 12 months Bureau of Prisons; 1 year TSR; $100 SA |
| **Special Conditions:** | 1) Search and seizure; 2) Drug treatment; 3) Mental health treatment; 4) Upon completion of imprisonment, ordered surrendered to Immigration official for deportation. Upon re-entry into the United States, to report within 72 hours to the U.S. Probation Office. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | February 18, 2005 |
| **Assistant U.S. Attorney:** | Marianne Pansa     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric Kersten     **Telephone:** (559) 497-5561 |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

RE:   FERNANDEZ-HERRERA, Manuel
      Docket Number:   1:02CR05080-01 OWW
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.   **NEW LAW ARRESTS/CONVICTIONS**

**Details of alleged non-compliance:** The defendant was released into the custody of the Immigration and Customs Enforcement Agency (ICE) on February 18, 2005. On May 10, 2005, he was released from ICE custody and placed on supervision. On or about June 10, 2005, within the Central District of California, the defendant was arrested for Possession of Cocaine Base For Sale, a felony. Subsequently, on January 30, 2006, the defendant was convicted in the Los Angeles Superior Court (Dkt. No. BA285140) of Possession of Cocaine Base For Sale, and sentenced to 5 years prison.

**United States Probation Officer Plan/Justification:** As previously-indicated, the defendant was sentenced to 5 years prison based on his conviction in Los Angeles County. Considering the term of imprisonment the defendant received in this new offense, it is recommended that the Court take no violation action against the offender at this time and that his supervision be allowed to expire on February 17, 2006.

RE: FERNANDEZ-HERRERA, Manuel
Docket Number:   1:02CR05080-01 OWW
<u>REPORT OF OFFENDER NON-COMPLIANCE</u>

Respectfully submitted,

/s/ Scott J. Waters

**SCOTT J. WATERS**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726

**DATED:**     February 9, 2006
               Fresno, California
               SJW

**REVIEWED BY:**      /s/ Bruce A. Vasquez
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**

**RE:    FERNANDEZ-HERRERA, Manuel
       Docket Number:   1:02CR05080-01 OWW
       <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**


**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )    Submit a Request for Modifying the Conditions or Term of Supervision.

(   )    Submit a Request for Warrant or Summons.

(   )    Other:

| | |
|---|---|
| **Feb. 13, 2006** | **/s/ OLIVER W. WANGER** |
| **Date** | **Signature of Judicial Officer** |


cc:    United States Probation
       Marianne Pansa, Assistant United States Attorney
       Eric Kersten, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)